# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DARNELLE FLETCHER,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-01223-RFB-DJA<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed second Motion for Enlargement of Time (ECF No. 18) is GRANTED.  Petitioner has until August 1, 2022, to file his amended petition for writ of habeas corpus.

　　　DATED this __13th__ day of June 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE