# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DARNELLE FLETCHER,<br><br>　　　　　　Petitioner,<br>v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-01223-RFB-DJA<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed third Motion for Enlargement of Time (ECF No. 20) is GRANTED. Petitioner has until September 15, 2022, to file his amended petition for writ of habeas corpus.

DATED this 5th day of August 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE