# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DARNELLE FLETCHER,<br><br>Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:21-cv-01223-RFB-DJA<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' second Motion for Enlargement of Time (ECF No. 28) is GRANTED nunc pro tunc. Respondents have until January 17, 2023, to respond to Petitioner's second amended petition for writ of habeas corpus.

DATED this 19th day of January 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1