# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DARNELLE FLETCHER,<br><br>　　　　　　　　　Petitioner,<br>v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:21-cv-01223-RFB-DJA<br><br>**ORDER** |

Respondents seek an extension of time to file their answer to the second amended petition. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

**IT IS THEREFORE ORDERED** that Respondents' first unopposed Motion for Extension of Time (ECF No. 35) is GRANTED. Respondents have until August 28, 2023, to answer the second amended petition for writ of habeas corpus.

DATED this 31st day of May 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE